NUMBER 13-01-763-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


MITCHEL FLOYD , Appellant,


v.


PROGRESSIVE STRUCTURES, INC. , Appellee.

____________________________________________________________________


On appeal from the 94th District Court

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



 Appellant, MITCHEL FLOYD , attempted to perfect an appeal from a judgment entered by the 94th District Court of
Nueces County, Texas, in cause number 00-4378-C . After the notice of appeal was filed, appellant filed a motion to
withdraw the notice of appeal. 

 The Court, having considered the documents on file and appellant's motion to withdraw the notice of appeal, is of the
opinion that the motion should be granted. Appellant's motion to withdraw the notice of appeal is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 29th day of November, 2001 .